LIONEL Z. GLANCY (#134180)
MICHAEL GOLDBERG (#188669)
ROBERT V. PRONGAY (#270796)
**GLANCY BINKOW & GOLDBERG LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

**POMERANTZ GROSSMAN HUFFORD
  DAHSLTROM & GROSS LLP**
Jeremy A. Lieberman
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:   (212) 661-1100
Facsimile:   (212) 661-8665

*Attorneys for Plaintiff*
*[Additional Counsel on signature page]*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN GOECKER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UBIQUITI NETWORKS, INC., ROBERT J. PERA, JOHN RITCHIE, PETER Y. CHUNG, CHRISTOPHER J. CRESPI, CHARLES J. FITZGERALD, JOHN L. OCAMPO, ROBERT M. VAN BUSKIRK, UBS SECURITIES LLC, DEUTSCHE BANK SECURITIES INC., RAYMOND JAMES & ASSOCIATES, INC., PACIFIC CREST SECURITIES LLC and THINKEQUITY LLC,<br><br>Defendants. | Case No. CV12-04801<br><br>**CLASS ACTION**<br><br>**CERTIFICATION OF LIONEL Z. GLANCY PURSUANT TO NORTHERN DISTRICT CIVIL LOCAL RULE 3-7(d)** |

Pursuant to Northern District Local Rule 3-7(d), I, Lionel Z. Glancy declare as follows:

Exclusive of securities held through mutual funds or discretionary accounts managed by professional money managers, I do not directly own or otherwise have a beneficial interest in the securities that are the subject of this action.

I declare under penalty of perjury under the laws of the State of California that the foregoing facts are true and correct. Executed on September 13, 2012, at Los Angeles, California.

Lionel Z. Glancy

CERTIFICATION OF LIONEL Z. GLANCY
1