1  ROBBINS GELLER RUDMAN
     & DOWD LLP
2  CHRISTOPHER P. SEEFER (201197)
   Post Montgomery Center
3  One Montgomery Street, Suite 1800
   San Francisco, CA  94104
4  Telephone: 415/288-4545
   415/288-4534 (fax)
5  chriss@rgrdlaw.com
        – and –
6  DANIELLE S. MYERS (259916)
   ASHLEY M. PRICE (281797)
7  655 West Broadway, Suite 1900
   San Diego, CA  92101
8  Telephone: 619/231-1058
   619/231-7423 (fax)
9  dmyers@rgrdlaw.com
   aprice@rgrdlaw.com
10
   [Proposed] Lead Counsel for Plaintiffs
11
   [Additional counsel appear on signature page.]            No. 12-cv-4801-YGR
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN N. BELL, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>UBIQUITI NETWORKS, INC., et al.,<br><br>　　　　　Defendants. | No. 12-cv-04677-YGR<br><br>CLASS ACTION<br><br>JOINT RESPONSE AND STIPULATION BY LEAD PLAINTIFF MOVANTS AND [PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF COUNSEL<br><br>DATE: December 11, 2012<br>TIME: 2:00 p.m.<br>CTRM: Hon. Yvonne Gonzalez Rogers |

789788_1

The above-captioned securities class action lawsuit, *Bell v. Ubiquiti Networks, Inc.*, No. 12-cv-04677 (N.D. Cal.), was filed on September 7, 2012, and a related action, *Goecker v. Ubiquiti Networks, Inc.*, No. 12-cv-04801 (N.D. Cal.) was filed on September 13, 2012 (the "Actions");

Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4(a)(3)(A)(i), plaintiff in the first-filed action published a notice on September 7, 2012 in *Business Wire* advising class members of their right to move the Court to serve as lead plaintiff by November 6, 2012;

On November 6, 2012, the Inter-Local Pension Fund GCC/IBT ("Inter-Local") timely filed a motion for the Actions to be consolidated, to be appointed lead plaintiff and for the approval of its selection of Robbins Geller Rudman & Dowd LLP as lead counsel for the class (Dkt. No. 23);

On November 6, 2012, Bristol County Retirement System ("Bristol County") timely filed a motion for the Actions to be consolidated, to be appointed lead plaintiff and for the approval of its selection of Labaton Sucharow LLP as lead counsel for the class (Dkt. No. 9);

On November 6, 2012, Kenneth Kwong timely filed a motion for the Actions to be consolidated, to be appointed lead plaintiff and for the approval of his selection of Glancy Binkow & Goldberg LLP and Pomerantz Grossman Hufford Dahlstrom & Gross LLP as co-lead counsel for the class (Dkt. No. 19). Mr. Kwong withdrew his motion on November 19, 2012 (Dkt. No. 28);

On November 6, 2012, Jon Lescrenier timely filed a motion for the Actions to be consolidated, to be appointed lead plaintiff and for the approval of his selection of Levi & Korsinsky LLP as lead counsel for the class (Dkt. No. 8). Mr. Lescrenier withdrew his motion on November 7, 2012 (Dkt. No. 26);

The PSLRA provides that the most adequate plaintiff to serve as lead plaintiff "is the person or group of persons that," has made a timely motion, "in the determination of the court, has the largest financial interest in the relief sought by the class," and "otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure." 15 U.S.C. §78u-4(a)(3)(B)(iii); *In re Cavanaugh*, 306 F.3d 726, 729-30 (9th Cir. 2002);

All of the motions were timely filed;

Inter-Local claimed a loss of nearly $315,000; Bristol County claimed a loss of more than $122,000; Mr. Kwong claimed a loss of more than $51,000; and Mr. Lescrenier claimed a loss of more than $21,000;

Inter-Local and Bristol County otherwise satisfy the Rule 23 requirements for purposes of serving as Lead Plaintiff;

In this Joint Response IT IS HEREBY STIPULATED and AGREED, subject to the Court's approval, as follows:

1. Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the Actions are consolidated as *In re Ubiquiti Networks, Inc. Securities Litigation*, Master File No. 12-cv-04677-YGR;

2. Pursuant to 15 U.S.C. §78u-4(a)(3)(B), Inter-Local and Bristol County are appointed as Lead Plaintiff;

3. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Inter-Local's and Bristol County's selection of Robbins Geller Rudman & Dowd LLP and Labaton Sucharow LLP as Lead Counsel is approved; and

4. This Order terminates ECF Nos. 8, 9, 19, 45 and 2; .

5. The hearing scheduled for December 6, 2012 is VACATED.

DATED: November 20, 2012                ROBBINS GELLER RUDMAN & DOWD LLP
                                        DANIELLE S. MYERS
                                        ASHLEY M. PRICE

                                        s/ Danielle S. Myers
                                        DANIELLE S. MYERS

| | |
|---|---|
| | ROBBINS GELLER RUDMAN<br>  & DOWD LLP<br>CHRISTOPHER P. SEEFER<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: 415/288-4545<br>415/288-4534 (fax) |
| | [Proposed] Lead Counsel for Plaintiffs and Counsel for Inter-Local Pension Fund GCC/IBT |
| DATED: November 20, 2012 | LABATON SUCHAROW LLP<br>CHRISTOPHER J. KELLER<br>ERIC J. BELFI<br>MICHAEL W. STOCKER (179083) |

s/ Michael W. Stocker<br>MICHAEL W. STOCKER

140 Broadway
New York, NY 10005
Telephone: 212/807-0700
212/818-0477 (fax)

[Proposed] Lead Counsel for Plaintiffs and
Counsel for Bristol County Retirement System

**Certificate Pursuant to Local Rule 5-1(i)(3)**

I, Danielle S. Myers, am the ECF User whose identification and password are being used to file this Joint Response and Stipulation. In compliance with Local Rule 5-1(i)(3), I hereby attest that Michael W. Stocker has concurred in this filing.

Dated: November 20, 2012

s/ Danielle S. Myers<br>DANIELLE S. MYERS

*   *   *

**O R D E R**

IT IS SO ORDERED.

DATED: November 30, 2012

THE HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE